UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                        23-CR-47 (EK)

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Gillian Kassner from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Gillian Kassner
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6224
    Fax: (718) 254-6076
    Email: gillian.kassner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Gillian Kassner at the email address set forth above.

Dated: Brooklyn, New York
        February 17, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Gillian Kassner
Gillian Kassner
Assistant U.S. Attorney

cc: Clerk of the Court (EK)