U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2023

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. John Doe
             Criminal Docket No. 23-47 (EK)

Dear Judge Komitee:

      On February 21, 2023, the defendant pleaded guilty before United States Magistrate Judge James R. Cho. Judge Cho recommended that the Court accept the defendant's guilty plea. See Feb. 21, 2023 Plea Tr. 34:24-35:7. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea. The government has conferred with counsel for the defendant, who consent to this request.

      The government encloses a proposed order.

                      Respectfully submitted,

                      BREON PEACE
                      United States Attorney

     By:   /s/_____
              Jonathan Siegel
              Gillian Kassner
              Dylan A. Stern
              Assistant U.S. Attorneys
              (718) 254-6293 (Siegel)

cc:     Clerk of the Court (via ECF and E-Mail)
        Defense counsel (via ECF and E-Mail)