JRS/GK/DAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING GUILTY PLEA |
| - against - | |
| JOHN DOE, | Docket No. 23-CR-47 (EK) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - -X

       IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on February 21, 2023, before United States Magistrate Judge James R. Cho, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

       IT IS HEREBY ORDERED that the guilty plea of the defendant, offered February 21, 2023, before United States Magistrate James R. Cho, is accepted.

       SO ORDERED

_____
THE HONORABLE ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
       _____, 2023