JRS/GK/DAS
F.# 2021R00900

Clerk's Office
Filed Date: 2/23/23

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-47 (EK)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order replacing the name "John Doe" with the name "Samir Rao" on the docket and unsealing the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023.

      WHEREFORE, it is ordered that the name "John Doe" shall be replaced with the name "Samir Rao" on the docket and the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023 shall be unsealed.

Dated:   Brooklyn, New York
           February 23, 2023

_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK