JRS/GK/DAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

SAMIR RAO,

          Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Docket No. 23-CR-47 (EK)

       IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on February 21, 2023, before United States Magistrate Judge James R. Cho, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

       IT IS HEREBY ORDERED that the guilty plea of the defendant, offered February 21, 2023, before United States Magistrate James R. Cho, is accepted.

                                 SO ORDERED

                                   Eric R. Komitee
                                   _____
                                   THE HONORABLE ERIC R. KOMITEE
                                   UNITED STATES DISTRICT JUDGE
                                   EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
           _____May 3__, 2024