

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS
F. #2021R00900

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2024

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Samir Rao
               Criminal Docket No. 23-47 (EK)

Dear Judge Komitee:

        The government writes to respectfully request an adjournment of the sentencing of the defendant in the above-captioned matter, currently scheduled for August 14, 2024. The government, with the defendant's consent, respectfully requests that the Court adjourn the defendant's sentencing to a date in early-to-mid January 2025. The government further requests that, in anticipation of Rao's sentencing, the Court direct the Probation Department to prepare a Presentence Investigation Report, which has been held in abeyance pursuant to the Court's Order of March 7, 2023.

        As the Court is aware, on February 21, 2023, the defendant pled guilty pursuant to a cooperation agreement. He has since testified at the trial of Carlos Watson and Ozy Media, Inc. in United States v. Watson, et al., No. 23-CR-82 (EK), and his cooperation is ongoing. Watson's sentencing is set for November 18, 2024. The parties previously adjourned the defendant's sentencing given his ongoing cooperation, and for this same reason, the parties

respectfully request an adjournment of sentencing until early-to-mid January 2025 so that Rao may continue his cooperation through Watson's sentencing.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                    By:   /s/_____
                                          Jonathan Siegel
                                          Gillian Kassner
                                          Dylan A. Stern
                                          Assistant U.S. Attorneys
                                          (718) 254-6293/6224/6213

cc:     Clerk of the Court (via ECF)
        All Counsel of Record (via ECF)